# Labaton Sucharow

Serena P. Hallowell
Partner
212 907 0815 direct
212 883 7515 fax
shallowell@labaton.com

June 1, 2017

**VIA ECF**

Honorable Paul S. Diamond
United States District Court for the Eastern District of Pennsylvania
14614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    RE:    *Public Employees' Retirement System of Mississippi v. Endo International plc et al.*,
             Civil Action No. 1:17-cv-01466-PD

Dear Judge Diamond:

We write on behalf of the Public Employees' Retirement System of Mississippi in response to Defendants' submission of the "Brief for the United States as Amicus Curiae" in the *Cyan, Inc. v. Beaver County Employees Retirement* case. The government's amicus brief does not represent binding authority and does not introduce any new information or arguments that were not already argued in the briefing. While the government agrees with Plaintiff's reading of the jurisdictional provision, the government, like Defendants here, ignores the plain text of Section 16(b) limiting its application to state law claims, and nothing in the amicus brief should deter this Court from granting Plaintiff's motion to remand.

However, if the Court would find it helpful to its consideration of these issues, Plaintiff would also be pleased to present oral argument in further support of its motion to remand.

Respectfully,

*/s/ Serena P. Hallowell*

Serena P. Hallowell