# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ENDO INTERNATIONAL PLC; RAJIV KANISHKA LIYANAARCHCHIE DE SILVA; SUKETU P. UPADHYAY; DANIEL A. RUDIO; ROGER H. KIMMEL; SHANE M. COOKE; JOHN J. DELUCCA; ARTHUR J. HIGGINS; NANCY J. HUTSON; MICHAEL HYATT; WILLIAM P. MONTAGUE; JILL D. SMITH; WILLIAM F. SPENGLER; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; DEUTSCHE BANK SECURITIES INC.; RBC CAPITAL MARKETS, LLC; CITIGROUP GLOBAL MARKETS, LLC; MORGAN STANLEY & CO. LLC; SUNTRUST ROBINSON HUMPHREY, INC.; TD SECURITIES (USA) LLC; and MITSUBISHI UFJ SECURITIES (USA) INC.,<br><br>                    Defendants. | Civil Action<br>No: 2:17-cv-01466-PD |

**DEFENDANTS' MOTION FOR A PRETRIAL CONFERENCE**

For the reasons set forth in the accompanying memorandum of law, all Defendants in this matter hereby move for an order granting a pretrial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure to discuss the case management issues presented by the relationship between the Supreme Court's grant of certiorari in *Cyan, Inc., et al. v. Beaver County Employees Retirement Fund, et al., No. 15-1439* and plaintiffs' pending Motion to Remand [Dkt. No. 30]. The Court's decision in *Cyan* will be dispositive of the pending motion and the scope of the important right to defend certain securities class actions in federal court afforded by the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), 15 U.S.C. §§ 77v(a), 77p(c).  In the event this Court prefers to address this issue without holding a conference, defendants ask the Court to (1) stay this action pending the resolution of the U.S. Supreme Court's decision in *Cyan*, or (2) deny the Plaintiffs' Motion to Remand, without prejudice to their ability to renew after the issuance of the Supreme Court's decision in *Cyan*.

Dated:  July 25, 2017

                     Respectfully Submitted,

                     LATHAM & WATKINS LLP

                     /s/ Jeff G. Hammel
                     Miles N. Ruthberg (admitted *pro hac vice*)
                     James E. Brandt (admitted *pro hac vice*)
                     Jeff G. Hammel (admitted *pro hac vice*)

                     885 Third Avenue
                     New York, New York 10022
                     Telephone: (212) 906-1200
                     Facsimile: (212) 751-4864
                     miles.ruthberg@lw.com
                     james.brandt@lw.com
                     jeff.hammel@lw.com

                     J. Gordon Cooney, Jr. (No. 42636)
                     Laura Hughes McNally (No. 310658)
                     MORGAN LEWIS & BOCKIUS LLP
                     1701 Market Street
                     Philadelphia, Pennsylvania 19103
                     Telephone: (215) 963-5000
                     Facsimile: (215) 963-5001
                     gordon.cooney@morganlewis.com
                     laura.mcnally@morganlewis.com

                     *Attorneys for Defendants Endo International plc, Rajiv Kanishka Liyanaarchchie de Silva, Suketu P. Upadhyay, Daniel A. Rudio, Roger H. Kimmel, Shane M. Cooke, John J. Delucca, Arthur J. Higgins, Nancy J. Hutson, Michael Hyatt, William P. Montague, Jill D. Smith, and William F. Spengler*

2

SPRUCE LAW GROUP, LLC

/s/ Kevin T. Kerns
Kevin T. Kerns (No. 77627)
Jonathan M. Ciriello (No. 319454)

1622 Spruce Street
Philadelphia, PA 19103
Telephone: (267) 546-0625
Facsimile: (267) 546-0595
ktk@sprucelaw.com
mm@sprucelaw.com

Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
sedelman@milbank.com
jschwartz@milbank.com
gmainland@milbank.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., RBC Capital Markets, LLC, Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, SunTrust Robinson Humphrey, Inc., TD Securities (USA) LLC, and MUFG Securities America Inc.*