# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI,** *Individually and on behalf of all others similarly situated*, **Plaintiff,** v. **ENDO INTERNATIONAL PLC, et al., Defendants.** | Civ. No. 17-1466 |

## O R D E R

**AND NOW**, this 31st day of July, 2017, upon consideration of Defendants' unopposed Motion for a Pretrial Conference (Doc. No. 38) and Plaintiff's Memorandum in Response (Doc. No. 40), it is hereby **ORDERED** that the Motion (Doc. No. 38) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.